UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

vs.

KYLE A. CHAPMAN

JUDGMENT IN A CRIMINAL CASE

Case Number: 7:08-CR-35 (GHL)

_____   Lionel Lee Hector, Esq.
                                    Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF:**

 XX  guilty __ nolo contendere] as to count(s) 1 as amended on the record

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Disorderly Conduct, in violation of Title 18 United States Code, Section(s) 7 & 13, assimilating Section 240.20 of the New York State Penal Law.

**DATE OFFENSE CONCLUDED: August 15, 2007**

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is ordered to pay a fine of $250.00 and special assessment of $5.00. The total amount of the fine and special assessment amounts to $255.00, payable by August 15, 2008. Payments shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261. Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.

**IT IS FURTHER ORDERED THAT** the original count of the Information is dismissed on motion of the United States.

  May 15, 2008
Date of Imposition of Sentence


  May 20, 2008
DATE SIGNED

                                    _____
                                    George H. Lowe
                                    United States Magistrate Judge